UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRED REEVES,

    *Plaintiff*,

v.                                                Case No. 1:04-cv-606
                                                  HON. R. ALLAN EDGAR

S. KEEGSTRA,
M. MACAULEY,
R. GROVES,

    *Defendants*.
_____/

## **MEMORANDUM AND ORDER**

On August 9, 2005, Magistrate Judge Timothy P. Greeley filed his report and recommendation pursuant to 28 U.S.C. § 636(b). [Court Doc. No. 34]. It is recommended that the defendants' motion for summary judgment [Court Doc. No. 23] be granted under Fed. R. Civ. P. 56 and that the plaintiff's complaint be dismissed.

On August 18, 2005, plaintiff made a motion for enlargement of time to file objections. [Court Doc. No. 35]. The plaintiff's motion for enlargement of time was denied. [Court Doc. No. 38]. On September 6, 2005, plaintiff filed late objections to the report and recommendation. [Court Doc. No. 39].

After reviewing the record *de novo*, the Court concludes that the plaintiff's objections [Court Doc. No. 39] are **DENIED** for two reasons. The plaintiff's objections were not timely filed

within the ten-day time limit required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b). The plaintiff's objections are also without merit.

Accordingly, the Court **ACCEPTS and ADOPTS** the Magistrate Judge's report and recommendation pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b). The defendants' motion for summary judgment [Court Doc. No. 23] is **GRANTED**. The plaintiff's complaint will be **DISMISSED WITH PREJUDICE** in its entirety as to all defendants.

A separate judgment will enter.

SO ORDERED.

Dated: *October 31, 2005*              */s/ R. Allan Edgar*
                                        R. ALLAN EDGAR
                                        UNITED STATES DISTRICT JUDGE